UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SCHEUER et. al.,

                Plaintiffs,

        -against-

UNITED STATES LIABILITY INSURANCE CO.,

                Defendant.

----------------------------------------------------------------X

22-CV-9474 (VR)

**<u>ORDER</u>**

**VICTORIA REZNIK, United States Magistrate Judge:**

    The parties are directed to file a joint letter by no later than June 28, 2024, providing the Court with an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

    **SO ORDERED.**

DATED:    White Plains, New York
            May 28, 2024

                                        VICTORIA REZNIK
                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 5/28/2024 _