UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Scheuer, et al.,

                              Plaintiffs,                          7:22-cv-9474

       -against-                                          **ORDER**

United States Liability Ins. Co..,

                              Defendant(s).
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On May 28, 2024, the Court directed the parties to submit a joint letter to the Court by no later than June 28, 2024. (ECF No. 31). The Court has not yet received this letter. The parties are reminded to submit a status letter, which is now due by **July 8, 2024**.

      SO ORDERED.

DATED:    White Plains, New York
                July 1, 2024

                                                        _____
                                                        VICTORIA REZNIK
                                                        United States Magistrate Judge