UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Scheuer, et al.,

                              Plaintiffs,

      -against-

United States Liability Ins. Co.,

                              Defendant.
----------------------------------------------------------------X

7:22-cv-9474

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

      On July 9, 2024, the Court directed the parties to submit a joint letter to the Court by no later than August 30, 2024. (ECF No. 34). The Court has not yet received this letter. The parties are reminded to submit a status letter, which is now due by **September 6, 2024**.

      **SO ORDERED.**

DATED:    White Plains, New York
               09/03/24

_____
VICTORIA REZNIK
United States Magistrate Judge

1