```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Scheuer, et al.,

                                   Plaintiffs,

            -against-

United States Liability Insurance Co.
                                Defendant.

------------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:22-cv-09474-NSR-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **September 19, 2024 at 10:30 AM.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

      **SO ORDERED.**

DATED:    White Plains, New York
               September 9, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge